United States District Court
Southern District of Texas
**ENTERED**
March 29, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARLENE TREJO, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. H-20-2808 |
| KILOLO KIJAKAZI, Commissioner of the Social Security Administration, | § § § § § | |
| Defendant. | § § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION GRANTING MOTION FOR SUMMARY JUDGMENT AND DISMISSING CASE

This court has reviewed the Memorandum and Recommendation on the Commissioner's unopposed Motion for Summary Judgment of the United States Magistrate Judge signed on February 10, 2022, and made a *de novo* determination. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that the Administrative Law Judge's decision denying social security benefits is supported by substantial evidence in the record and that the Administrative Law Judge properly applied the legal standards. The Commissioner's unopposed motion for summary judgment, (Docket Entry No. 18), is granted.

Final judgment dismissing this case with prejudice is entered by separate order.

SIGNED on March 29, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge